IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR290 |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN BIRDINE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

       IT IS ORDERED that a hearing on plaintiff's motion for Rule 35 (Filing No. 284) is scheduled for:

       **Thursday, September 8, 2005, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  Defendant need not be present.

       DATED 2nd day of September, 2005.

                               BY THE COURT:

                               /s/ Lyle E. Strom
                               _____
                                 LYLE E. STROM, Senior Judge
                                 United States District Court